IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

**CROP PRODUCTION SERVICES, INC.,** )
                                          )
      Plaintiff,               )
                                          )
v.                                          ) Case No.: 5:17-CV-00977-AKK
                                          )
**TOMMY M. RABY, JR.**          )
                                          )
     Defendant.            )

## **FINDINGS AND CONCLUSIONS**

Before the court is Plaintiff Crop Production Services, Inc.'s Motion for Default Judgment against Defendant Tommy Raby, Jr. pursuant to Rule 55 of the Federal Rules of Civil Procedure. Doc. 7. The court makes the following findings and conclusions:

1.     The Summons and Complaint were served upon the Defendant on June 24, 2017. *See* docs. 3 and 4.

2.     Defendant has failed to appear, plead, or otherwise defend, including failing to attend the hearing the court set on the motion for default.

3.     Based on the evidence presented in the hearing today, Defendant is indebted to Plaintiff in the principal sum of $110,744.18, accrued interest of $28,239.77 through August 31, 2017 at the rate of 18 percent per annum until date of judgment, plus interest from the date of judgment at the prevailing legal rate per

annum, and attorney fees and costs of $4207.90. *See* Hearing Exhibits A, B, C & D.

4. Based on the evidence presented, Plaintiff is due to recover from Defendant the total sum of $143,191.85 and interest thereafter at the prevailing legal rate per annum until paid in full. A judgment will enter accordingly.

**DONE** this the 31st day of August, 2017.

*[signature]*
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE